UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:12-cv-00349-UA-DNF

JEAN BRIGHT,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

NOW COMES Plaintiff, JEAN BRIGHT, by and through her attorneys, WEISBERG & MEYERS, LLC, and hereby accepts Defendant's Offer of Judgment in the amount of **ONE THOUSAND ONE DOLLAR AND 00/100** ($1,001.00), plus reasonable attorneys' fees and costs properly awardable by the court.  Plaintiff further requests that Judgment be entered against the Defendant in the above amount, and that Plaintiff be granted leave to file her Petition for Attorneys' Fees and Costs.

    Respectfully submitted,
    **JEAN BRIGHT**

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

I HEREBY CERTIFY THAT this Notice was filed on this 24th day of August 2012, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale Golden, dale.golden@goldenscaz.com.

                                                  By: s/ Alex Weisberg
                                                ALEX D. WEISBERG
                                                FBN: 0566551
                                                WEISBERG & MEYERS, LLC
                                                ATTORNEYS FOR PLAINTIFF
                                                5722 S. Flamingo Road, Ste. 656
                                                Cooper City, FL 33330
                                                (954) 212-2184
                                                (866) 577-0963 fax
                                                aweisberg@attorneysforconsumers.com