**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JEAN BRIGHT,**

     **Plaintiff,**

**v.**                                  **Case No.: 2:12-cv-349-FtM-UA-DNF**

**ALLIANCEONE RECEIVABLES**
**MANAGEMENT, INC.,**

     **Defendant.**
_____/

## <u>ORDER</u>

     **THIS CAUSE** comes before the Court for consideration of Plaintiff's Motion for Entry of Consent Judgment.  (Dkt. 11)  Plaintiff requests that the Court enter a consent judgment in this action and retain jurisdiction to determine attorney's fees and costs.  Defendant submitted an Offer of Judgment to Plaintiff in the amount of $1,001.00, plus attorney's fees and costs to resolve this matter.  (Dkt. 10-1)  On August 24, 2012, Plaintiff filed a notice of acceptance of Defendant's Offer of Judgment.  (Dkt. 10)

     Upon consideration of the foregoing, it is hereby **ORDERED** as follows:

1.  Plaintiff's Motion for Entry of Consent Judgment (Dkt. 11) is **GRANTED**.

2.  The Clerk is directed to enter judgment in favor of Plaintiff in the amount of $1,001.00, excluding attorney's fees and costs.

3.  Plaintiff shall have up to and including **February 15, 2013**, to file a motion

for attorney's fees and costs.

4.  The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida this 24th day of January 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
All Counsel of Record
All *Pro Se* parties

2