UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN BRIGHT,

    Plaintiff,

v().                                                    Case No.: 2:12-cv-349-FtM-99-DNF

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Plaintiff's Motion for Attorneys' Fees and Costs (the "Motion"). (Dkt. 16) On April 4, 2013, United States Magistrate Judge Douglas N. Frazier issued a Report and Recommendation, recommending that Plaintiff's Motion be granted in part to the extent that Plaintiff is entitled to an award of attorney's fees in the amount of $3,257.00 and costs in the amount of $370.00. (Dkt. 20) No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

In the Eleventh Circuit, a district judge may accept, reject or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); See Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to

those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

In the Motion, Plaintiff seeks attorneys' fees in the amount of $3,619.50.  Further, Plaintiff seeks costs in the amount of $370.00.  Defendant disputes the amount of attorneys' fees, but does not dispute the amount of costs.

In the Report and Recommendation, Judge Frazier reduces the hourly rate for Attorney Alex Weisberg from $335.00 per hour to $300 per hour to coincide with the prevailing rates in the Fort Myers area.  Further, Judge Frazier deducts $148.50 for "law clerks' time" because there are no names associated with that entry and Judge Frazier is unable to determine what the law clerks' tasks were.  Thus, Judge Frazier recommends that the amount of $362.00 be deducted from the attorneys' fees requested by Plaintiff.

Upon consideration of the Report and Recommendation, and in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 20) is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Plaintiff's Motion for Attorneys' Fees and Costs (Dkt. 16) is **GRANTED in part and DENIED in part**.

3. Plaintiff is hereby awarded attorneys' fees in the amount of $3,257.50.[1]

4. Plaintiff is hereby awarded costs in the amount of $370.00.

**DONE** and **ORDERED** in Fort Myers, Florida, this 10th day of May 2013.

*[signature]*
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record
All *Pro Se* parties

---

[1] The total calculated amount for the attorneys' fees as reported in the Report and Recommendation of $3,257.00 appears to contain a scrivener's error. The Court finds that after the deduction of $362.00 from Plaintiff's requested attorneys' fees, the total amount of attorneys' fees is $3,257.**50**.