UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

CASE NO. 2:12-cv-00349-UA-DNF

JEAN BRIGHT,

    Plaintiff,

v.

ALLIANCEONE RECEIVABLES
MANAGEMENT, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of the Middle District of Florida, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties' satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved. Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

    Respectfully submitted,

    By: s/ Alex Weisberg
    ALEX D. WEISBERG
    FBN: 0566551
    WEISBERG & MEYERS, LLC
    ATTORNEYS FOR PLAINTIFF
    5722 S. Flamingo Road, Ste. 656
    Cooper City, FL 33330
    (954) 212-2184
    (866) 577-0963 fax
    aweisberg@attorneysforconsumers.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT this Notice was filed on this 16th day of May, 2013, by means of the CM/ECF system which will send notice of electronic filing to the following: Mr. Dale T. Golden, dgolden@gsgfirm.com.

                                                              By: s/ Alex Weisberg  
                                                              ALEX D. WEISBERG  
                                                              FBN: 0566551  
                                                              WEISBERG & MEYERS, LLC  
                                                              ATTORNEYS FOR PLAINTIFF  
                                                              5722 S. Flamingo Road, Ste. 656  
                                                              Cooper City, FL 33330  
                                                              (954) 212-2184  
                                                              (866) 577-0963 fax  
                                                              aweisberg@attorneysforconsumers.com