UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN BRIGHT,

        Plaintiff,

-vs-                              Case No. 2:12-cv-349-FtM-99DNF

ALLIANCEONE RECEIVABLES MANAGEMENT, INC.,

        Defendant.

_____

### ORDER DIRECTING ADMINISTRATIVE CLOSURE

On May 16, 2013, the parties filed a Notice of Settlement, informing the Court that the above-captioned case was settled (Dkt. 22). Therefore it is hereby

**ORDERED** that this case be **administratively closed** pending receipt of a final stipulation of dismissal within sixty (60) calendar days from the date of this Order. If no stipulation is received, and no request for extension of time is filed, the Clerk of Court shall dismiss the case with prejudice with no further order. The Clerk is directed to terminate any pending motions in this case.

**DONE AND ORDERED** in Chambers, this 29th   day of May, 2013.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record